IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FAIZ KHAN and RALPH FINGER, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs Below,<br>     Appellants,<br><br>     v.<br><br>WARBURG PINCUS, LLC, WARBURG PINCUS PRIVATE EQUITY XII, L.P., WARBURG PINCUS PRIVATE EQUITY XXII-B, L.P., WARBURG PINCUS PRIVATE EQUITY XII-D, L.P., WARBURG PINCUS PRIVATE EQUITY XII-E, L.P., WP XII PARTNERS L.P., WARBURG PINCUS XII PARTNERS, L.P., WP CITYMD TOPCO LLC, WALGREENS BOOTS ALLIANCE, INC., and VILLAGE PRACTICE MANAGEMENT COMPANY LLC,<br><br>     Defendants Below,<br>     Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 236, 2025<br><br>Court Below—Court of Chancery of the State of Delaware<br><br>C.A. No. 2024-0523 |

Submitted: November 19, 2025
Decided: December 9, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **LEGROW**, **GRIFFITHS**, Justices, and Judge **ADAMS**.

**ORDER**

This 9th day of December 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated April 30, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

2